

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAKE ROBERT MCGEHEE, A/K/A J. ROBERT MCGEHEE; AND JAMES THOMAS STEWART, A/K/A TOMMY STEWART, A/K/A JAMES THOMAS STEWART III, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LYNN MCGEHEE STEWART AND AS TRUSTEE OF THOSE CERTAIN TRUSTS ESTABLISHED UNDER THE STEWART REVOCABLE LIVING TRUST, U/T/D AUGUST 22, 2003, | §<br><br>§<br><br>§<br><br>§<br><br>§<br><br>§<br><br>§ | No. 08-18-00166-CV<br><br>Appeal from the<br><br>143rd District Court<br><br>of Reeves County, Texas<br><br>(TC# 16-09-21663-CVR) |
| Appellants, | § | |
| v. | § | |
| ENDEAVOR ACQUISITIONS, LLC, | § | |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, all costs both in this Court and the court below. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF APRIL, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.